UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TUNJI ADEYEMI, an individual,<br>  Plaintiff,<br>  v.<br>MERRICK B. GARLAND, in his official capacity as Attorney General Department of Justice,<br><br>  Defendant. | No. 5:21-cv-02107-JGB-KK<br><br>[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br><br>Hon. Kenly Kiya Kato<br>United States Magistrate Judge |

Having considered the Parties' Proposed Stipulated Protective Order, all attachments thereto, and all other relevant documents, IT IS HEREBY ORDERED that Stipulated Protective Order is GRANTED. The Court approves and enters the attached Stipulated Protective Order.

DATED:

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge