JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TUNJI ADEYEMI, an individual,

                Plaintiff,

    vs.

MERRICK B. GARLAND,

                Defendant.

Case 5:21-cv-02107-JGB-DTB

*Honorable Jesus G. Bernal*

**JUDGMENT**

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendant's Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE**.
3. Judgment is **ENTERED** in favor of Defendant and against Plaintiff.
4. The Clerk of the Court is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**

Dated: July 18, 2024

_____

Honorable Jesus G. Bernal
United States District Judge